# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

*Defendant*

MAGISTRATE JUDGE: _____

CASE NO._____

DATE OF PROCEEDINGS: _____

DATE OF ARREST: _____

**PROCEEDINGS:** _____

COMPLAINT
ADVISED OF RIGHTS
ORDER OF DETENTION
APPT. OF COUNSEL: _____AFPD _____CJA
PRELIMINARY HEARING WAIVED ON THE RECORD
CONSENT TO MAGISTRATE'S JURISDICTION
PLEA ENTERED: _____GUILTY _____NOT GUILTY
PLEA AGREEMENT
RULE 11 FORM
FINANCIAL AFFIDAVIT EXECUTED
OTHER: _____

TEMPORARY COMMITMENT
CONSENT TO DETENTION WITH RIGHT TO MAKE A
BAIL APPLICATION AT A LATER TIME
BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
BAIL SET:_____
    UNSECURED BOND
    SURETY BOND SECURED BY CASH/PROPERTY
TRAVEL RESTRICTED_____
REPORT TO PRETRIAL SERVICES
DRUG TESTING AND/OR TREATMENT
MENTAL HEALTH TESTING AND/OR TREATMENT
SURRENDER AND/OR OBTAIN NO PASSPORT
SEE ORDER SETTING CONDITIONS OF RELEASE FOR
ADDITIONAL CONDITIONS

**HEARING SET FOR:**

PRELIMINARY/REMOVAL HRG.
DETENTION/BAIL HRG.
TRIAL: _____COURT _____JURY
SENTENCING
OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

-Defendant has waived her appearance at this hearing

- Defendants detention continued. No change in circumstance.

**APPEARANCES:**

AUSA:_____

DEFT. COUNSEL:_____

PROBATION:_____

INTERPRETER_____
    Language:

TIME COMMENCED:_____
TIME TERMINATED:_____
CD NO:_____

_____ ___TIM GORMAN___

DEPUTY CLERK