UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Newark Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 2:20-mj-9451 |
| MARIA SUE BELL, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Defendant Maria Sue Bell, through undersigned counsel, hereby notes her appeal of the oral Order denying Ms. Bell's Motion for Bond, entered on December 21, 2020, by U.S. Magistrate Judge Cathy L. Waldor.

Respectfully submitted,

MARIA SUE BELL
By Counsel

_____/s/_____
Rahul Sharma, AFPD
Office of the Federal Public Defender
1002 Broad Street
Newark, NJ 07302
(973) 320-7350
Rahul_Sharma@fd.org