**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **RICHARD COUGHLIN**<br>FEDERAL PUBLIC DEFENDER | 1002 Broad Street<br>Newark, New Jersey 07102 | **CHESTER M. KELLER**<br>FIRST ASSISTANT |

Hon. Cathy L. Waldor
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

March 3, 2021

Re:  *United States v. Maria Bell*, Case Nos. 2:20-mj-9451 and 2:21-cr-15

Dear Judge Waldor:

  Maria Bell, through counsel, respectfully moves for bond and asks Your Honor to evaluate the sufficiency of the bail package proposed in the Motion for Reconsideration submitted in Case No. 2:21-cr-15 (ECF No. 8, ¶ 10), which Motion was denied by Judge Chesler on March 1, 2021.  The defense believes that the bail package is sufficient to reasonably assure Ms. Bell's appearance in Court and the safety of the community, particularly in light of the arguments and evidence presented in the Motion (ECF No. 8) and in the defense's Reply in support of the Motion (ECF No. 10).  Thank you.

              Respectfully submitted,

              /s/ Rahul Sharma, AFPD
              (973) 320-7350
              rahul_sharma@fd.org

---