UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 20-9451(CLW) |
| v. | : | |
| MARIA BELL, | : | SUBSTITUTION OF ATTORNEY |
| a/k/a "Maria Sue Bell" | : | |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Joyce M. Malliet, Assistant U.S. Attorney (joyce.malliet@usdoj.gov), in substitution for Dean C. Sovolos, Assistant U.S. Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

s/ Joyce M. Malliet

By:  JOYCE M. MALLIET
Assistant U.S. Attorney

Dated:    December 28, 2021