UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 20-9451 |
| MARIA BELL, <br> a/k/a "Maria Sue Bell" | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having come before the Court on the joint application of Philip L. Sellinger, United States Attorney for the District of New Jersey (Joyce M. Malliet, Assistant U.S. Attorney, appearing), and defendant MARIA BELL, a/k/a "Maria Sue Bell" (Rahul Sharma, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to June 30, 2022 to permit entry of a plea, and 13 continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and District of New Jersey Standing Orders, for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

- 2 -

(1) Both the United States and the defendant desire additional time to accommodate the entry of a plea by the defendant, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of May, 2022,

ORDERED that this action be, and hereby is, continued from May 31, 2022 to June 30, 2022; and it is further

ORDERED that the period from May 31, 2022 through June 30, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

    s/Cathy L. Waldor 5/18/22
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry consented to:

_____
Joyce M. Malliet
Assistant U.S. Attorney

_____
Rahul Sharma, Esq.
Counsel for Defendant MARIA BELL